UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIVIANA POSADA,

    Plaintiff,

v.   Case No: 2:13-cv-538-FtM-38DNF

SUNSTREAM, INC., as owner and operator of Bellasera Hotel and the Resort at Marina Village,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on a Mediator's Report (Doc. #27) filed on July 23, 2014. The mediator, Carl Joseph Coleman, advises the Court that Plaintiff Viviana Posada and Defendant Sunstream, Inc. have completely resolved the conflict. (Doc. #27). The parties, however, have not filed a notice of settlement or dismissal to date. The Court, therefore, directs them to advise it as to the status of settlement or dismissal.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff Viviana Posada and Defendant Sunstream, Inc. shall advise the Court as to the status of settlement or dismissal of this case on or before **August 8, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record